

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES PLAINTIFF(S)<br>v.<br><br>STEPHEN SILVERMAN<br>DEFENDANT(S). | CASE NUMBER<br>**19MJ03762**<br>CR 18-533 RS<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __INDICTMENT__
in the __NORTHERN__ District of __CALIFORNIA__ on __9/5/19__
at __6:00__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1349, 1956(h), 371__
to wit: __Conspiracy to Commit Wire Fraud, Money Laundering Conspiracy,__
__Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs__
A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __9/10/19__, by

_____  _____
Deputy Clerk.

_____  SA JAMES STATHATOS
Signature of Agent           Print Name of Agent

FBI                          SPECIAL AGENT
Agency                       Title