# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.

STEPHEN SILVERMAN

USMS# _____ DEFENDANT

CASE NUMBER: **19MJ03762**
CR 18-533 RS

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9/10/19, 6:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349 - Conspiracy to Commit Wire Fraud
   18 USC 1956(h) - Money Laundering Conspiracy
   18 USC 371 - Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: 1942

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): _____

11. Name: SA JAMES STATHATOS (please print)
    310-775-1013
12. Office Phone Number: 310-477-6565
13. Agency: FBI
14. Signature: [signature]
15. Date: 9/10/19